IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DREW CURTIS HARTLEY,

        Plaintiff,

v.            3:09cv126-WS

WARDEN D. ELLIS, et al.,

        Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed July 21, 2009. See Doc. 19. The magistrate judge recommends that the plaintiff's complaint and this case be dismissed under the "three strikes" provision of 28 U.S.C. § 1915(g). The plaintiff has filed objections (doc. 24) to the magistrate judge's report and recommendation.

This court having considered the record in light of the plaintiff's objections, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 19) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiff's complaint and this action are DISMISSED WITHOUT PREJUDICE under the "three strikes" provision of 28 U.S.C. § 1915(g).

3.  The clerk shall enter judgment accordingly.

DONE AND ORDERED this   25th   day of    August   , 2009.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE